UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIM. ACTION NO. 3:23-00259-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JUSTIN STAMPLEY (01)** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their right to object thereto,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Court accepts the guilty plea of the Defendant Justin Stampley and adjudges him guilty of the offenses charged in Counts Three and Four of the Indictment.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Court accepts Defendant's agreement to forfeit and abandon any claim, right, title, or interest he may have in the firearm(s) and ammunition referenced in the Indictment and/or seized in this matter.

MONROE, Louisiana, this 21st day of March 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE